UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| RITA HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civ. No. 1:20-00197-FDW |
| v. ) | |
| ) | |
| ANDREW M. SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## AMENDED[1] ORDER

THIS MATTER is before the Court on Defendant's Second Motion for Extension of Time to File the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint (Doc. No. 9). Defendant was originally required to file the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint on September 28, 2020. (See Doc. No. 8). This Court has already granted a nearly identical motion in this matter, extending the deadline until November 30, 2020. Id. In granting the previous request for an extension of time, the Court clearly cautioned Defendant: "The Court does not anticipate granting additional extensions of time to file this pleading absent a detailed request that presents the Court with detailed case specific information to support a longer extension." (Doc. No. 8). The motion at bar indicates the Social Security Administration's Office of Appellate Operations informed counsel for Defendant that the instant case should be sent to the contractor within the next two weeks. Defendant anticipates the certified administrative record will be available, such that Defendant will be able to file it with the Court

---

[1] The original order (Doc. No. 10) contained a typographical error in the final paragraph as to the deadline set for Defendant. By allowing thirty (30) days, the deadline is December 30, 2020, not December 20, 2020, as inadvertently stated by the Court. This Amended Order reflects that correction.

and respond to Plaintiff's Complaint, by December 30, 2020. Finally, the Court notes that Plaintiff's counsel does not object to the instant motion.

IT IS THEREFORE ORDERED that Defendant's Motion (Doc. No. 9) is GRANTED. Defendant shall have until December 30, 2020, to file the certified administrative record and answer to Plaintiff's Complaint. Based on the current record, the Court does not anticipate granting a third request for an extension of time to do so.

IT IS SO ORDERED.

Signed: December 2, 2020

_____
Frank D. Whitney
United States District Judge